JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA MAYORQUIN MEDINA<br>　　Plaintiff,<br><br>　　　vs.<br><br>KILOLO KIJAKAZI,[1]  Acting<br>Commissioner of Social Security,<br><br>　　Defendant. | Case No. 2:20-cv-09711-JC<br><br>**JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: October 20, 2021

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is substituted in as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.